(No. 5372.   September 3, 1929.)

STATE, Respondent, v. JOHN DREW and EARL MANION, Appellants.

[280 Pac. 678.]

Tyler & Christensen and J. H. Andersen, for Appellants.

W. D. Gillis, Attorney General, Fred J. Babcock, Assistant Attorney General, and Z. Reed Millar, Prosecuting Attorney, for Respondent.

WM. E. LEE, J.—John Drew and Earl Manion, together with William Hammond, were convicted of burglary in the first degree, and Drew and Manion have appealed. The evidence is manifestly insufficient to sustain the verdict. The judgment is, therefore, reversed and the case remanded.

Budge, C. J., and Givens, T. Bailey Lee and Varian, JJ., concur.